THE HONORABLE KYMBERLY K. EVANSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM BAHLBURG, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>NW EXPLORATIONS, LLC, a Washington corporation, and JOHN NASSICHUK, an Individual and partner of NW EXPLORATIONS, LLC.,<br><br>Defendants. | Case No.: 2:23-cv-00652-KKE<br><br>ORDER GRANTING DISMISSAL OF ALL CLAIMS WITH PREJUDICE<br><br>**IN ADMIRALTY** |

## I. ORDER

THIS MATTER having come before this Court by way of stipulation by the Plaintiffs and Defendants to dismiss all claims against all parties and without costs and attorney's fees as to any party, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

All claims made against all parties to this matter are hereby dismissed with prejudice and without costs and fees as to any party. The Clerk is instructed to close the case.

Dated this 28th day of May, 2024.

_Kymberly K. Evanson_
_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING DISMISSAL WITH
PREJUDICE - 1

Case No.: 2:23-cv-00652-KKE

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON  98121-2320
(206) 443-3400

1
2  Presented By:

3  BAUER MOYNIHAN & JOHNSON LLP

4  /s/ Joseph M. Browne
   Joseph M. Browne WSBA No. 36580
5  /s/ Kellin R. Tompkins
   Kellin R. Tompkins, WSBA No. 60514
6  Attorneys for NW Explorations, LLC.
   Bauer Moynihan & Johnson LLP
7  2101 Fourth Avenue, Suite 2400
   Seattle, WA 98121
8  Tel: (206) 443-3400
   Fax: (206) 448-9076
9  E-mail: jmbrowne@bmjlaw.com
           ktompkins@bmjlaw.com
10 CAREW LAW OFFICE

11 /s/ Shane C. Carew
   Shane C. Carew, WSBA No. 10988
12 Attorney for William Bahlburg
   Carew Law Office
13 4055 Lake Washington Blvd., Ste. 240
   Kirkland, Washington 98033
14 Tel: (206) 587-0590
   Fax: (206) 587-2388
15 E-mail: shane@carewlaw.com

16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING DISMISSAL WITH
PREJUDICE - 2

Case No.: 2:23-cv-00652-KKE